# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                  **Case No. 6:98-cr-107-Orl-22DAB**

**WILLIAM HICKEY, JR.**

## ORDER AND NOTICE
## OF SHOW CAUSE HEARING

This cause comes before the Court on a Report and Recommendation (Doc. No. 147), entered by the Magistrate Judge after conducting a Final Probation Revocation Hearing pursuant to Local Rule 6.01(c)(16) on July 9, 2007.

After an independent *de novo* review of the record in this matter, and noting that no objections were filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation entered July 16, 2007 (Doc. No. 147) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant shall personally appear before this court on **FRIDAY, August 24, 2007, at 1:30 P.M.**, at the George C. Young U.S. Courthouse & Federal Building, 401 W. Central Blvd Sixth floor, Orlando, Florida, 32801, and shall show cause why probation should not be revoked.

DONE and ORDERED in Chambers, Orlando, Florida on August 12, 2007.

Copies furnished to:

Counsel of Record
United States Magistrate Judge
United States Marshals Service
United States Probation Office
Courtroom Deputy
William Hickey, Jr.

ANNE C. CONWAY
United States District Judge